UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No. 24-CR-20398-RUIZ/LOUIS

UNITED STATES OF AMERICA

v.

FEDERICO NANNINI
MAURO NANNINI
ALEJANDRO THERMIOTIS
_____/

### DEFENDANTS' JOINT NOTICE OF STIPULATED RESTITUTION

Defendants Federico Nannini, Mauro Nannini, and Alejandro Thermiotis jointly submit this notice to inform the Court that they have reached an agreement with Global Consulting Firm 1 regarding restitution. The Defendants have agreed to each pay Global Consulting Firm 1 $153,706.70, for a total restitution payment of $461,120.10. Federico Nannini has agreed to pay an additional $18,880.05, which represents a return of some of his salary and a bonus he received while employed at Global Consulting Firm 1.

**STUMPHAUZER KOLAYA
NADLER & SLOMAN, PLLC**
Two South Biscayne Boulevard
Suite 1600
Miami, FL 33131
(305) 614-1400

/s/ *Michael B. Nadler*
MICHAEL B. NADLER
Florida Bar No. 0051264
mnadler@sknlaw.com

MATTHEW DELLABETTA
Florida Bar No. 1031216
mdellabetta@sknlaw.com

**BLACK SREBNICK**
201 South Biscayne Boulevard
Suite 1300
Miami, Florida 33131
(305) 371-6421

/s/ *Howard Srebnick*
HOWARD SREBNICK
Florida Bar No. 919063
HSrebnick@RoyBlack.com

/s/ *Jackie Perczek*
JACKIE PERCZEK
Florida Bar No. 042201
JPerczek@RoyBlack.com

/s/ *Jeanelle Gomez*
JEANELLE GOMEZ
Florida Bar No. 1026021
Jgomez@RoyBlack.com

